```
1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  VICTOR CHAVEZ, SBN #113752
   MEGAN T. HOPKINS, SBN #294141
3  Assistant Federal Defenders
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ROLANDO FELIX-CARRAZCO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00059 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| vs. | Date:  August 27, 2018 |
| ROLANDO FELIX-CARRAZCO, | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Laura Withers, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Rolando Felix-Carrazco, that the status conference currently scheduled for August 13, 2018 at 1:00 p.m. be continued to August 27, 2018 at 1:00 p.m.

Defense counsel will be out of the office on August 13, 2018 and in light of the fact that this status conference is expected to result in the setting of a trial date, counsel would prefer not to have someone stand in for the hearing. Defense counsel will be available on August 27, 2018 and the parties will come to the hearing prepared to set a date for trial in this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the August 13, 2018 status conference for *inter alia* defense trial preparation.

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

Date: July 18, 2018                    */s/ Laura Withers*
                              LAURA WITHERS
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: July 18, 2018                    */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              VICTOR M. CHAVEZ
                              Assistant Federal Defenders
                              Attorneys for Defendant
                              ROLANDO FELIX-CARRAZCO

## **O R D E R**

**IT IS SO ORDERED.**

The 3rd Status Conference currently scheduled for August 13, 2018 is hereby continued to August 27, 2018 at 1:00PM in courtroom 8 before Judge McAuliffe. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through August 27, 2018.

IT IS SO ORDERED.

Dated:  **July 18, 2018**                /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE