FILED
NOV 01 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:18-CR-00059-DAD-BAM

**CASE NAME:** USA vs. ROLANDO FELIX-CARRAZCO

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: **November 1, 2018**

_____
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** November 1, 2018

Govt Attorneys: <u>Laura Withers and Kathy Servatius</u>

Govt Attorney Signature: _____

**DATE EXHIBITS RETURNED:** November 1, 2018

Deft Attorneys: **Michael Aed**

Deft Attorney Signatures: _____

This document certifies that the above referenced exhibits were returned.

Date: November 1, 2018

_____
**Jami Thorp**
**Courtroom Clerk**